ACCEPTED
15-25-00082-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
8/11/2025 12:46 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00082-CV

# In the Court of Appeals
# for the Fifteenth Judicial District
# Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
8/11/2025 12:46:11 PM
CHRISTOPHER A. PRINE
Clerk

STATE OF TEXAS,

*Appellant*,

*v.*

ARITY 875, LLC

*Appellee.*

On Appeal from the 457th Judicial District Court, Montgomery County
Trial Court Cause No. 25-01-00561

## APPELLANT'S UNOPPOSED FIRST MOTION TO EXTEND TIME TO FILE APPELLANT'S REPLY BRIEF

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

Appellant, State of Texas, ("Appellant") pursuant to Rule 10.5(b) and 38.6(d) of the Texas Rules of Appellate Procedure files this unopposed first motion to extend time to file Appellant's reply brief on the merits by 20 days. Appellant respectfully shows the Court the following:

1. Appellant's reply brief is currently due on August 25, 2025.

2. This is the first request for extension of time to file Appellant's Reply Brief.

3. On May 27, 2025 this Court granted Appellant's unopposed motion to extend time by 20 days to file Appellant's opening brief.

4. On July 2, 2025 this Court granted Appellee's unopposed motion to extend time by 20 days to file Appellee's brief.

5. On August 25, 2025, State of Texas attorney Rick Berlin is scheduled for trial in *State of Texas v. Happy Foot Spa*, No. 2020-14987 (333rd Dist. Ct., Harris County, Tex. Mar. 3, 2020).

6. The undersigned conferred with Appellee's counsel regarding this motion via email on August 7, 2025, and Appellee confirmed on August 11, 2025, it is unopposed.

7. Appellant asks for this extension to fully prepare its reply brief. This request for an extension of time is not made for the purpose of delay, but to permit Appellant time to adequately prepare and submit a thorough reply brief that is helpful to the Court; no party will be prejudiced if granted.

## PRAYER

For these reasons, Appellant respectfully requests that the Court extend the deadline to file its reply brief from August 25, 2025, to September 15, 2025.

**Dated:** August 11, 2025

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**JOHNATHAN STONE**
Chief, Consumer Protection Division

*/s/ Rick Berlin*

**RICK BERLIN** (TX Bar No. 24055161)
**RICHARD MCCUTCHEON** (TX Bar No. 24139547)
**MADELINE FOGEL** (TX Bar No. 24141985)
**DANIEL ZWART** (TX Bar No. 24070906)
**KAYLIE BUETTNER** (TX Bar No. 24109082)
**MEREDITH SPILLANE** (TX Bar No. 24131685)
Assistant Attorneys General
**OFFICE OF THE ATTORNEY GENERAL**
Consumer Protection Division
808 Travis Street, Suite 1520
Houston, Texas 77002
Tel: (713) 223-5886
Fax: (713) 223-5821
Rick.Berlin@oag.texas.gov
Richard.McCutcheon@oag.texas.gov
Madeline.Fogel@oag.texas.gov
Daniel.Zwart@oag.texas.gov
Kaylie.Buettner@oag.texas.gov
Meredith.Spillane@oag.texas.gov

**ATTORNEYS FOR APPELLANT,
THE STATE OF TEXAS**

## CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I have conferred with Kelsey Harclerode, attorney for Appellee Arity 875, LLC, who indicated that this motion is unopposed.

/s/ Rick Berlin
RICK BERLIN

## CERTIFICATE OF SERVICE

I certify that on August 11, 2025, the foregoing was electronically served, via the Court's electronic filing system, on all defendants, by and through their attorneys:

W. Reid Wittliff
WITTLIFF CUTTER PLLC
510 Baylor St.
Austin, TX 78703
Tel: (512) 960-4866
Email: reid@wittliffcutter.com

Jake Sommer
Kelsey Harclerode
ZWILLGEN PLLC
1900 M Street NW, Suite 250
Washington, D.C. 20036
Tel: (202) 296-3585
Email: jake@zwillgen.com
kelsey@zwillgen.com

Sudhir V. Rao
ZWILLGEN PLLC
183 Madison Ave., Suite 1504
New York, NY 10016
Tel: (646) 362-5590
Email: sudhir.rao@zwillgen.com

*Attorneys for Defendants*

/s/ Rick Berlin
RICK BERLIN

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Carlos Fernandez on behalf of Richard Berlin
Bar No. 24055161
carlos.fernandez@oag.texas.gov
Envelope ID: 104211170
Filing Code Description: Motion
Filing Description: 20250811 Motion to Extend Time to Reply Brief
Status as of 8/11/2025 1:35 PM CST

Associated Case Party: State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Rick Berlin | | Rick.Berlin@oag.texas.gov | 8/11/2025 12:46:11 PM | SENT |
| Daniel Zwart | | Daniel.Zwart@oag.texas.gov | 8/11/2025 12:46:11 PM | SENT |
| Kaylie Buettner | | Kaylie.Buettner@oag.texas.gov | 8/11/2025 12:46:11 PM | SENT |
| Zoann Willis | | zoann.willis@oag.texas.gov | 8/11/2025 12:46:11 PM | SENT |
| Meredith Spillane | | Meredith.Spillane@oag.texas.gov | 8/11/2025 12:46:11 PM | SENT |
| Zeilic Contreras | | Zeilic.Contreras@oag.texas.gov | 8/11/2025 12:46:11 PM | SENT |
| Carlos Fernandez | | Carlos.Fernandez@oag.texas.gov | 8/11/2025 12:46:11 PM | SENT |
| Madeline Fogel | | madeline.fogel@oag.texas.gov | 8/11/2025 12:46:11 PM | SENT |
| Richard RMcCutcheon | | richard.mccutcheon@oag.texas.gov | 8/11/2025 12:46:11 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jonathan Hung | | johung@winston.com | 8/11/2025 12:46:11 PM | SENT |
| Eric Shinabarger | | EShinabarger@winston.com | 8/11/2025 12:46:11 PM | SENT |
| W. Reid Wittliff | | reid@wittliffcutter.com | 8/11/2025 12:46:11 PM | SENT |
| Jake Sommer | | jake@zwillgen.com | 8/11/2025 12:46:11 PM | SENT |
| Kelsey Harclerode | | kelsey@zwillgen.com | 8/11/2025 12:46:11 PM | SENT |
| Sudhir V. Rao | | sudhir.rao@zwillgen.com | 8/11/2025 12:46:11 PM | SENT |
| Sean Wieber | | swieber@winston.com | 8/11/2025 12:46:11 PM | SENT |
| Kevin Simpson | | kpsimpson@winston.com | 8/11/2025 12:46:11 PM | SENT |